IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Nazareth Mutual Insurance Company,  :
  :
Petitioner  :
  :
v.  : 730 C.D. 2022
  :
Pennsylvania Insurance Department,  :
  :
Respondent  :

**PER CURIAM**

**O R D E R**

**NOW,** this 6th day of July, 2023, it is ordered that the above-captioned Memorandum Opinion, filed May 12, 2023, shall be designated OPINION and shall be REPORTED.